# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| **CHRISMAN MILL FARMS, LLC** | Case No. 5:17-cv-0011-DCR |
| Plaintiff, | |
| v. | |
| **BRIAN R. BLAZER** **D/B/A CARPENTER BEE SOLUTIONS** | Filed via ECF |
| Defendant. | |

## MOTION TO STRIKE RESPONSE TO PLAINTIFF'S MOTION TO AMEND

COMES NOW the Plaintiff, Chrisman Mill Farms, LLC, by and through counsel, for its Motion to Strike the Defendant's Response to Plaintiff's Motion to Amend as being untimely filed pursuant to L.R. 7.1(c).  Moreover, no motion for an extension of time pursuant to L.R. 7.1(b) was filed prior to the expiration of time.  The Plaintiff requests the Court grant the pending Motion to Amend the Complaint pursuant to L.R. 7.1(c).

April 12, 2017

                                                                  Respectfully submitted,

                                                                   /s/ James M. Francis
                                                                   James M. Francis
                                                                   Francis Law Firm
                                                                   2333 Alexandria Dr.
                                                                   Lexington, KY 40504
                                                                   Phone: (859) 519-0755
                                                                   Fax:    (859) 201-1315
                                                                   jim@francis-law.com
                                                                   *Counsel for Chrisman Mill Farms, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2017, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following counsel.

Joseph J. Gleason
Gleason Law, LLC
780 Morosgo Drive
#14084
Atlanta, GA 30324
*Counsel for Brian Blazer*

Christoper T. Smedley
Jeremy Maynard
Todd Stockwell
Stockwell & Smedley, PSC
961 Corporate Drive, Ste 200
Lexington, KY 40503
*Counsel for Brian Blazer*

                s/ James M. Francis
                James M. Francis
                Francis Law Firm
                2333 Alexandria Dr.
                Lexington, KY 40504
                Phone: (859) 519-0755
                Fax: (859) 201-1315
                jim@francis-law.com
                *Counsel for Chrisman Mill Farms, LLC*